IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DAVID A KING | § | |
| v. | § | CIVIL ACTION NO. 2:07cv514 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed. This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Defendant's motion to remand pursuant sentence six is **GRANTED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **REMANDED** pursuant to 42 U.S.C. § 405(g), sentence six for further consideration;

**ORDERS** that all motions not previously ruled on are denied;

**ORDERS** that the referral order is **VACATED**; and

**ORDERS** that the Clerk of Court administratively close this case.

SIGNED this 29th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE